**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-20-0000471
23-OCT-2023
07:57 AM
Dkt. 49 OAWST**

NO. CAAP-20-0000471

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

QUEEN EMMA-PRINCE TOWER, LLC, Plaintiff-Appellant,
v.
KALO STUDENT SUITES, LLC; JOHN DOES 1-10; DOE CORPORATIONS 1-10;
and DOE ENTITIES 1-10, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-19-0002330)

ORDER
(By:  Ginoza, Chief Judge, Leonard and Hiraoka, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal With Prejudice and Order, filed by Plaintiff-Appellant Queen Emma-Prince Tower, LLC on October 12, 2023, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) pursuant to Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that any pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, October 23, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Keith K. Hiraoka
Associate Judge